The People of the State of New York, Respondent,
against
Joseph C. (Anonymous), Appellant.




Appellate Advocates (Bryan D. Kreykes of counsel), for appellant.
Kings County District Attorney (Leonard Joblove and Jodi L. Mandel of counsel), for respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Kings County (Matthew A. Sciarrino, Jr., J., at plea; Joy F. Campanelli, J., at sentencing), rendered July 7, 2016. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the second degree and disorderly conduct.




ORDERED that the judgment of conviction is modified, on the law, by adjudicating defendant a youthful offender; as so modified, the judgment is affirmed. 
We agree with defendant's contention that, as he was 18 years old at the time of the crime charged, and as he had not, prior to the entry of his guilty plea, been convicted of a crime or found to be a youthful offender, his adjudication as a youthful offender was mandatory (see CPL 720.10; 720.20 [1] [b]; People v Rudolph, 21 NY3d 497, 500 [2013]). 
Accordingly, the judgment of conviction is modified by adjudicating defendant a youthful offender.
PESCE, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 11, 2019